Prob 12
(Rev 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jamaar A. Blakey                                    Docket No. 04-00134-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jamaar A. Blakey, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 19th day of November 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall not possess a firearm, destructive device, or any other dangerous weapon.
- Shall not illegally possess a controlled substance.
- Shall participate in drug testing and drug treatment as directed by the probation officer.

11-19-04:   Possession of a Firearm and/or Ammunition by a Convicted Felon; 30 months' imprisonment, 3 years' supervised release.
08-24-06:   Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner avers that the defendant has violated the terms of supervised release as follows:

**While on supervised release, you shall not commit another Federal, state, or local crime.**

On October 29, 2006, the releaseee was arrested by the City of Pittsburgh, Pennsylvania, Police Department on charges of Aggravated Assault (two counts), Reckless Endangerment, Possession of a Firearm by a Convicted Felon, Carrying a Firearm Without a License, Driving Without a License, Driving While Under the Influence of Alcohol, and other motor vehicle violations.

**Shall not possess a firearm, destructive device, or any other dangerous weapon.**

On October 29, 2006, the releasee illegally possessed a handgun.

U.S.A. v. Jamaar A. Blakey
Docket No. 04-00134-001
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the releasee's arrest and that the warrant be lodged as a detainer.

ORDER OF COURT

Considered and ordered this  1st  day of Nov , 20 06 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 31, 2006

_____
John P. Kuklar    p for
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania