Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
# For The
# WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jamaar A. Blakey                                                  Docket No. 04-00134-001

### Supplemental Petition on Supervised Release

  COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jamaar A. Blakey, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 19th day of November 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall not possess a firearm, destructive device, or any other dangerous weapon.
- Shall not illegally possess a controlled substance.
- Shall participate in drug testing and drug treatment as directed by the probation officer.

11-19-04: Possession of a Firearm by a Convicted Felon; 30 months' imprisonment, with 3 years' supervised release to follow.
08-24-06: Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.
11-01-06: Petition signed, Judge Lancaster, ordering bench warrant be issued for releasee's arrest and be lodged as a detainer. (Note: On May 21, 2007, it was determined that the detainer was never lodged).

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

  Your Petitioner reports the following additional violations of supervision:

**While on supervised release, you shall not commit another Federal, state, or local crime.**

  On May 14, 2007, the releasee was arrested by the City of Pittsburgh, Pennsylvania, Police Department on charges of Receiving Stolen Property, Resisting Arrest, Disorderly Conduct, Person Not to Possess a Firearm, Carrying a Firearm Without a License, Possession of Controlled Substance (Crack Cocaine), Possession With Intent to Deliver a Controlled Substance (Crack Cocaine), and Possession of Drug Paraphernalia.

**Shall not possess a firearm, destructive device, or any other dangerous weapon.**

  On May 14, 2007, the releasee illegally possessed a handgun.

U.S.A. v. Jamaar A. Blakey
Docket No. 04-00134-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the afore-noted alleged violations of supervision be incorporated as part of the Petition Action previously made a part of the records in this case on November 1, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 5th day of June, 2007 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on _____

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania