Prob 12
(Rev. 3/83)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jamaar A. Blakey

Docket No. 04-00134-001

**Second Supplemental Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jamaar A. Blakey, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 19th day of November 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a special assessment of $100.
- Shall not possess a firearm, destructive device, or any other dangerous weapon.
- Shall not illegally possess a controlled substance.
- Shall participate in drug testing and drug treatment as directed by the probation officer.

11-19-04: Possession of Firearm by Convicted Felon; 30 months' imprisonment, with 3 years' supervised release to follow.

08-24-06: Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.

11-01-06: Petition signed, Judge Lancaster, ordering bench warrant be issued for releasee's arrest and be lodged as a detainer. (Note: On May 21, 2007, it was determined that the detainer was never lodged.)

06-05-07: Supplemental petition signed, Judge Lancaster, incorporating new criminal charges to original violation petition.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports the following additional violations of supervision:

**While on supervised release, you shall not commit another Federal, state, or local crime.**

On October 29, 2006, the releasee was arrested by the City of Pittsburgh Police Department on charges of Aggravated Assault (two counts), Reckless Endangerment, Possession of a Firearm by a Convicted Felon, Carrying a Firearm Without a License, Driving Without a License, Driving Under the Influence of Alcohol, and other motor vehicle violations. These charges will be nol-prossed by the Court of Common Pleas of Allegheny County, Pennsylvania (CC200700663), and a charge of Possession of a Firearm by a Convicted Felon has been adopted for federal prosecution by the U.S. Attorney's Office for the Western District of Pennsylvania at Criminal No. 07-00205-001.

On May 14, 2007, the releasee was arrested by the City of Pittsburgh, Pennsylvania, Police Department on charges of Receiving Stolen Property, Resisting Arrest, Disorderly Conduct, Person Not to Possess a Firearm, Carrying a Firearm Without a License, Possession of a Controlled Substance (Crack Cocaine), Possession With Intent to Distribute a Controlled Substance (Crack Cocaine), and Possession of Drug Paraphernalia. These charges will be nol-prossed by the Court of Common Pleas of Allegheny County, Pennsylvania (CC200709559), and a charge of Possession of a Firearm by a Convicted Felon has been adopted for federal prosecution by the U.S. Attorney's Office for the Western District of Pennsylvania at Criminal No. 07-00205-001.

To date, the above charges are pending disposition in U.S. District Court, Western District of Pennsylvania.

PRAYING THAT THE COURT WILL ORDER that the afore-noted alleged violations of supervision be incorporated as part of the Petition Action previously made a part of the records in this case on November 1, 2006, and June 5, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

**ORDER OF COURT**

Considered and ordered this ___ 2 2 ___ day of
_____ , 20 ○ ⅄ and ordered filed and made
a part of the records in the above case.

_____

U.S. District Judge

Executed
on          January 14, 2008

_____

John P. Kuklar
U.S. Probation Officer

_____

Roselyn Gerson
Supervising U.S. Probation Officer

Place:          Pittsburgh, Pennsylvania