FILED
UNITED STATES DISTRICT COURT
For the JUL 20 PM 3:06
WESTERN DISTRICT OF PENNSYLVANIA
CLERK
US DISTRICT COURT

U.S.A. vs. Jamaar A. Blakey                                            Docket No. 04-00134-001

### Third Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jamaar A. Blakey, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 19th day of November 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not possess a firearm, destructive device, or any other dangerous weapon.
- Shall not illegally possess a controlled substance.
- Shall participate in drug testing and drug treatment as directed by the probation officer.
- Shall pay a $100 special assessment fee.

| | |
|---|---|
| 11-19-04: | Possession of Firearm by Convicted Felon; 30 months' custody of Bureau of Prisons; 3 years' supervised release to follow. |
| 08-23-06: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |
| 11-01-06: | Order signed, Judge Lancaster, ordering a bench warrant be issued for releasee's arrest and be lodged as a detainer. (Note: On May 21, 2007, it was determined that the detainer was never lodged.) |
| 06-05-07: | Supplemental petition signed, Judge Lancaster, incorporating new criminal charges to original violation petition. |
| 01-22-08: | Second Supplemental petition signed, Judge Lancaster, incorporating new alleged violations as part of original violation petition. |

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that on May 14, 2007, the releasee was arrested by the Pittsburgh, Pennsylvania, Police Department on charges of Receiving Stolen Property, Resisting Arrest, Disorderly Conduct, Person Not to Possess a Firearm, Carrying a Firearm Without a License, Possession of Crack Cocaine, Possession With Intent to Distribute Crack Cocaine, and Possession of Drug Paraphernalia. At CC200709559, the above charges were nolle prossed in the Court of Common Pleas, Allegheny County, Pennsylvania, and the charge of Possession of a Firearm by Convicted Felon was adopted by the U.S. Attorney's Office for the Western District of Pennsylvania for federal prosecution.

On June 30, 2009, the Honorable Gustave Diamond, U.S. District Court, sentenced the releasee to the custody of the Bureau of Prisons for a term of 180 months, followed by a 5-year term of supervised release.

U.S.A. vs. Jamaar A. Blakey
Docket No. 04-00134-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the above-cited disposition of charges be incorporated as part of the original Petition Action previously made a part of the records in this case on November 1, 2006.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 20 day of _____, 2009, and ordered filed and made a part of the records in the above case. | Executed on July 15, 2009 |
| Gary L. Lancaster<br>U.S. District Judge | John P. Kuklar<br>U.S. Probation Officer |
|  | Roselyn Gerson<br>Supervising U.S. Probation Officer |
|  | Place: Pittsburgh, Pennsylvania |